ACCEPTED
03-14-00490-CV
3834183
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 4:35:50 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00490-CV

| | | | |
|---|---|---|---|
| MELANIE C. JEANES, | § | IN THE | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>1/20/2015 4:35:50 PM<br>JEFFREY D. KYLE<br>Clerk |
| Appellant | § | | |
| | § | | |
| v. | § | | |
| | § | | |
| SIGMA PHI EPSILON | § | THIRD COURT OF APPEALS | |
| FRATERNITY, INC. (NATIONAL), | § | | |
| THE UNIVERSITY OF TEXAS | § | | |
| SIG EP FOUNDATION, SHALE | § | | |
| GULBAS, and the SIGMA PHI | § | | |
| EPSILON FRATERNITY (TEXAS | § | | |
| ALPHA CHAPTER), | § | | |
| | § | | |
| Appellees | § | AT AUSTIN | |

**APPELLEES' JOINT MOTION TO DISMISS APPEAL FOR WANT OF PROSECUTION**

Appellees Signma Phi Epsilon Fraternity Inc. (National), the University of Texas Sig Ep Foundation, Shale Gulbas, and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter), file this Motion to Dismiss Appeal for Want of Prosecution and would respectfully show that this appeal should be dismissed because of the Appellant's failure to file her brief or seek an extension, and her repeated and continuing lack of compliance with the Texas Rules of Appellate Procedure and this Court's directives. All of these omissions give rise to a more than reasonable inference that Appellant has no intention of diligently prosecuting her appeal, and thus justify dismissal of the appeal.

1

2138047v1

## I. Background

Appellant Melanie C. Jeanes appeals from a summary judgment granted in favor of Appellees. She is represented by her father, who is a licensed Texas attorney.

Jeanes filed her Notice of Appeal on August 6, 2014, but did not pay the required filing fee or file a Docketing Statement at that time. *See* Tex. R. App. P. 5, 32.1. By letter dated August 29, 2014, the clerk's office advised Jeanes's counsel that after leaving four phone messages for him, the Court was returning his check and requesting that he contact the Court about the proper method of paying the filing fee (Ex. 1, a true and correct copy of the August 29, 2014 letter). Jeanes's counsel did nothing in response to this letter.

Two months later, the clerk's office sent Jeanes's counsel another letter advising him that the clerk's record was overdue and that the district clerk's office had notified the Court that Jeanes had neither paid nor made arrangements to pay for the clerk's record (Ex. 2, a true and correct copy of the October 27, 2014 letter). This letter also directed Jeanes's counsel to make arrangements for the clerk's record and submit a status report by November 6, 2014 (Ex. 2). Finally, the letter warned that failure to comply may result in dismissal of the appeal for want of prosecution (Ex. 2). Although the clerk's record was eventually filed, Jeanes's counsel never submitted the status report requested by the Court.

2

On December 8, 2014, the clerk's office sent a letter notifying the parties that the clerk's record was filed on that date. This letter also reminded Jeanes's counsel that "appellant's $195 notice of appeal filing fee and docketing statement are **both** past due and **must** be submitted as soon as possible" (Ex. 3, a true and correct copy of the December 8, 2014 letter) (emphasis in original). Once again, Jeanes's counsel did nothing in response to this letter.

The deadline to file Appellant's Brief was January 7, 2015—thirty days after the clerk's record was filed. *See* Tex. R. App. P. 38.6(a). As of the filing of this motion, Jeans has not filed a brief, nor has she requested an extension of time from this Court to file her brief. Moreover, she still has not paid the filing fee or filed the docketing statement, despite multiple reminders from the Court.

## II.    Arguments & Authorities

This Court may dismiss an appeal for want of prosecution when the appellant fails to file her brief in the time prescribed and does not provide a reasonable explanation for the failure. *See* Tex. R. App. P. 38.8(a)(1); *e.g.*, *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.); *Carr II v. JP Morgan Chase Bank, N.A.*, No. 05-13-01352-CV, 2014 WL 1022431 (Tex. App.—Dallas Feb. 27, 2014, no pet.). Likewise, the Court has the authority to dismiss an appeal if the appellant does not comply with the rules, a court order, or a notice from the clerk. *See* Tex. R. App. P. 42.3(b),(c)

3

(authorizing dismissal for want of prosecution or "failure of appellant to comply with [the Texas Rules of Appellate Procedure], a notice from the clerk requiring a response or other action within a specified time.").

Despite the clerk's reminders, Jeanes has never paid the appeal filing fee required by Tex. R. App. P. 5 or filed the docketing statement required by Tex. R. App. P. 32.1 (Exs. 1, 3). Jeanes has also failed to submit the status report requested by the Court, despite being explicitly warned that not doing so could result in dismissal of her appeal (Ex. 2). This appeal should therefore be dismissed based on Jeanes's serial lack of compliance with the Texas Rules of Appellate Procedure and notices from the Court. *See* Tex. R. App. P. 42.3(c); *EID Corp. v. State*, No. 03-13-00361-CV, 2013 WL 4821855, at \*1 (Tex. App.—Austin Aug. 30, 2013) (dismissing appeal for want of prosecution for appellants' failure to make arrangements for payment of the record after the court's clerk informed appellants that payment was overdue and failure to comply could result in dismissal).

Jeanes's appeal also should be dismissed for failure to file her brief. *See* Tex. R. App. P. 38.8(a)(1); *Bach v. Tex. State Univ.*, No. 03-14-00395-CV, 2014 WL 7467004 (Tex. App.—Austin, Dec. 17, 2014, no pet.). The deadline to file Jeanes's brief was January 7, 2015, but she still has not filed it. Moreover, she has not asked this Court for an extension of time to file the brief or provided a

4

reasonable explanation for her failure to meet the deadline. As this Court has done in other similar cases, it should dismiss Jeanes's appeal for want of prosecution. *See Taps Motors*, *L.L.C. v. Estrada*, No. 03-14-00444-CV, 2014 WL 6844978, at *1 (Tex. App.—Austin, Nov. 26, 2014, no pet.); *Simek v. Humphrey*, No. 03-14-00439-CV, 2014 WL 6612572, *1 (Tex. App.—Austin, Nov. 21, 2014, no pet).

## III. Conclusion

From the outset of this appeal, Jeanes has not complied with the Texas Rules of Appellate Procedure and not responded to repeated directives from the Court. Her failure to file her Appellant's Brief by the deadline or to seek an extension is only the latest example. Accordingly, Appellees respectfully request that the Court dismiss this appeal for want of prosecution and award them all other relief to which they are entitled, including an award of their appeal costs.

5

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Wade Crosnoe
    Wade C. Crosnoe
    State Bar No. 00783903
    Email: wcrosnoe@thompsoncoe.com
    Jeff D. Otto
    State Bar No. 15345500
    Email: jotto@thompsoncoe.com
    Tasha L. Barnes
    State Bar No. 00796163
    Email: tbarnes@thompsoncoe.com
    Sara Berkeley Churchin
    State Bar No. 24073913
    Email: schurchin@thompsoncoe.com

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone:  (512) 708-8200
Telecopy:  (512) 708-8777

Attorneys for Appellees Sigma Phi Epsilon
Fraternity (Texas Alpha Chapter) and Shale
Gulbas

6

2138047v1

COKINOS, BOSIEN & YOUNG


By: /s/ Jim Ewbank
     Karen L. Landinger
     State Bar No. 00787873
     Email: klandinger@cbylaw.com

10999 West IH-10, Suite 800
San Antonio, Texas 78230
(210) 293-8700 (Office)
(210) 293-8743 (Direct)
(210) 293-8733 (Fax)

Jim Ewbank
State Bar No. 06752710
Email: jewbank@cbylaw.com
1210 Nueces Street
Austin, Texas 78701
(512) 476-1080 (Office)
(512) 476-7770 (Fax)

Attorneys for Appellees Sigma Phi Epsilon
Fraternity, Inc. and the University of Texas
Sig Ep Foundation


## CERTIFICATE OF CONFERENCE

I certify that on the morning of January 20, 2015, I called Appellant's counsel at his office phone number but was unable to leave a message because the recording said that his voicemail box was full. I also sent an email to his last known email address asking him whether he would oppose a motion to dismiss this appeal for want of prosecution, but had received no response as of the filing of this motion.


         /s/ Wade Crosnoe
         Wade Crosnoe

2138047v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Dismiss Appeal for Want of Prosecution has been forwarded to the following counsel via (1) electronic service or (2) email and certified mail on this 20th day of January, 2015:

C. Wesley Jeanes
Law Office of C. Wesley Jeanes
6103 Stefani Drive
Dallas, Texas  75225
*Counsel for Appellant*

/s/ Wade Crosnoe
Wade Crosnoe

8

2138047v1

# EXHIBIT 1

FILE COPY

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.3rdcoa.courts.state.tx.us
(512) 463-1733



J. WOODFIN JONES, CHIEF JUSTICE                                            JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

August 29, 2014

Mr. C. Wesley Jeanes
Law Office of C. Wesley Jeanes
6103 Stefani Drive
Dallas, TX 75225
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    03-14-00490-CV
        Trial Court Case Number:    D-1-GN-14-001331

Style:   Melanie C. Jeanes
         v. Sigma Phi Epsilon Fraternity, Inc. (National); The University of Texas Sig Ep
         Foundation; Shale Gulbas; and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter)

Dear Counsel:

    After four (4) phone calls, leaving messages, I am returning appellant's check (No. 7665), with a request that appellant's attorney contact this office for the proper method of paying the NOA filing fee.

                                        Very truly yours,

                                        JEFFREY D. KYLE, CLERK


                                        BY: *Courtland Crocker*
                                            Courtland Crocker, Deputy Clerk

# EXHIBIT 2

FILE COPY



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

October 27, 2014

Mr. C. Wesley Jeanes
Law Office of C. Wesley Jeanes
6103 Stefani Drive
Dallas, TX 75225
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-14-00490-CV
        Trial Court Case Number:     D-1-GN-14-001331

Style:   Melanie C. Jeanes
         v. Sigma Phi Epsilon Fraternity, Inc. (National); The University of Texas Sig Ep
         Foundation; Shale Gulbas; and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter)

Dear Mr. C. Wesley Jeanes:

The Clerk of this Court filed appellant's notice of appeal on **Wednesday, August 06, 2014**. The clerk's record was due in this Court on **September 05, 2014** and is overdue. Notice was received from the district clerk's office of Travis County, Texas on October 20, 2014, indicating appellant has neither paid, nor made arrangements for payment, for the clerk's record. Accordingly, the clerk's record will not be timely filed.

Appellant is requested to make arrangements for the record and submit a status report regarding this appeal. A response regarding this matter is requested by this Court on or before **November 06, 2014**. Failure to do so **may** result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

If appellant has not already done so, he is instructed to make a written request to the court reporter and make arrangements for payment of the record. If appellant does not wish to pursue this appeal, please file a motion to dismiss.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk

cc:     Ms. Natasha Barnes
        Mr. Jim Ewbank

# EXHIBIT 3

FILE COPY



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE                                    JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

December 8, 2014

Mr. C. Wesley Jeanes                          Ms. Natasha Barnes
Law Office of C. Wesley Jeanes                701 Brazos, Suite 1500
6103 Stefani Drive                            Austin, TX 78701-3293
Dallas, TX 75225                              * DELIVERED VIA E-MAIL *
* DELIVERED VIA E-MAIL *

Mr. Jim Ewbank
Cokinos, Bosien & Young
1210 Nueces Street
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    03-14-00490-CV
        Trial Court Case Number:    D-1-GN-14-001331

Style:   Melanie C. Jeanes
         v. Sigma Phi Epsilon Fraternity, Inc. (National); The University of Texas Sig Ep
         Foundation; Shale Gulbas; and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter)

Dear Counsel:

On December 08, 2014, the one-volume clerk's record was filed in this Court.

Please be advised appellant's $195.00 notice of appeal filing fee and docketing statement are **both** past due and **must** be submitted as soon as possible.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*

Courtland Crocker, Deputy Clerk

cc:     The Honorable Amalia Rodriguez-Mendoza